OPINION — AG — ** CAPITOL ZONING ** THE CAPITOL MEDICAL CENTER IMPROVEMENT AND ZONING COMMISSION HAS THE STATUTORY AUTHORITY UNDER 73 O.S. 1971 83.11 [73-83.11], TO INSTITUTE LEGAL ACTIONS TO COMPEL COMPLIANCE WITH ITS RULES AND REGULATIONS. CITE: 73 O.S. 9171 [73-9171], 83.11, OPINION NO. 63-166, OPINION NO. 79-037 (STATE CAPITOL BUILDING, SURROUNDINGS) (MICHAEL C. CONAWAY)